# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139883

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TUJUAN SHERRARD WALKER,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139883
COA: 285694
Wayne CC: 07-015477-FC

On order of the Court, the application for leave to appeal the September 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

s1214